■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY BROWN, Appellant. [661 NYS2d 987] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 4, 1995 (*People v Brown*, 222 AD2d 445), affirming a judgment of the Supreme Court, Kings County, rendered February 15, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes*, 463 US 745). Thompson, J. P., Altman, Krausman and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRYSONE BROWN, Appellant. [661 NYS2d 261] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Naro, J.), rendered December 27, 1995, convicting him of attempted robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that the trial court should have granted his motion to withdraw his guilty plea because it failed to inform him that he faced increased punishment and would not be allowed to withdraw his plea if he was rearrested pending sentence is not preserved for appellate review, as the defendant did not move to withdraw his plea on this ground (*see, People v Mackey*, 77 NY2d 846; *People v Lopez*, 71 NY2d 662; *People v Granton*, 236 AD2d 624; *People v Mesquite*, 234 AD2d 395). In any event, the defendant's contention is without merit (*see, People v Patterson*, 227 AD2d 572). Mangano, P. J., Ritter, Sullivan, Altman and McGinity, JJ., concur.